Mary I. Beckwith, Respondent, v. Dwight M. Beckwith, Appellant.— Judgment affirm.d, with costs. Opinion by Barker, J.; Haight, J., not sitting.

Horace F. Bush, Respondent, v. William H. H. Clague and others, Appellants. — Judgment affirmed· Opinion by Lewis, J ; Haight, J., not sitting.

Edward Murphy, Appellant, v. Chilion M. Farrar and another, Respondents. — Judgment affirmed. Opinion by Bradley, J.; Haight, J., not sitting.

Hudson T. Baker, as Administrator, etc., Respondent, v. The Rochester City and Brighton Railroad Company, Appellant. — Order granting new trial reversed. Opinion by Lewis, J.; Haight, J., not sitting.

## FOURTH DEPARTMENT, APRIL TERM, 1886.

James Hand, Respondent, v. Robert E. Dorcester, Appellant.

Same v. Same.— The order of November 7, 1885, is affirmed, with ten dollars costs and disbursements. Opinion by Follett, J.

The People of the State of New York ex rel. Cornelia E. Rosa, v. John C. Streeter and others. — Proceedings and adjudication of the assessors and the proceedings of the chamberlain and of the constable are in all respects regular and legal. The assessment made and tax levied are in all respects legal and the same are affirmed, with fifty dollars costs and disbursements in favor of the defendant against relator. (See Code of Civ. Pro., § 2143.) Opinion by Boardman, J.

Alice Wilcox, Appellant, v. Charles W. Wilson, Respondent.— Judgment affirmed, with costs. Opinion by Hardin, P. J.

Solomon Unger, Appellant, v. Frederick C. Behmes and another, Respondents.— Order affirmed, with ten dollars costs and disbursements. Opinion by Boardman, J.

Daniel Sheehan, Respondent, v Thomas Butler, Appellant. — Order affirmed, with ten dollars costs and disbursements. Opinion by Follett, J.

Charles Guion, Appellant, v. Michael Magra, Respondent.— Judgment affirmed, with costs. Opinion by Boardman, J.; Mem. by Follett, J.; dissenting opinion by Hardin, P. J.

Willard J. Frisbie and another, Respondents, v. Harlan P. Wheeler, Appellant.— Order denying motion for a new trial affirmed, with costs. Opinion by Boardman, J.; Follett, J., dissents.

Herian F. Inglehart and others, Appellants, v. The Thousand Island Hotel Company, Respondent.— Judgment reversed and a new trial ordered before another referee, with costs to abide the event. Opinion by Hardin, P. J.; Mem. by Follett, J.

Kate E. Sherry, as Administratrix, etc., Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment affirmed, with costs. Opinion by Boardman, J.; Hardin, P. J., not voting.

Delora M. Hunter and another, Administrators, etc., Respondents, v. The Cooperstown and Susquehanna Valley Railroad Company, Appellant.— Judgment and order reversed, and new trial ordered, with costs to abide the event. Opinion by Follett, J.

In the Matter of the Personal Estate of Elizabeth R. West, Deceased. — Second appeal. Decree affirmed, with costs of respondent payable out of the estate. Opinion by Hardin, P. J.; Mem. by Boardman, J.

Calvin B. Green, Appellant, v. Nelson Harris, Respondent.— Judgment affirmed, with costs. Opinion by Boardman, J.

Orrin C. Hinman, Respondent, v. Charles A. Stillwell, Appellant.— Order reversed, with costs and judgment ordered in the County Court of Onondaga county for the defendant on the verdict. Opinion by Follett, J.

Riley Read, Appellant, v. William H. Nichols and others, Respondents.—Judgment and order affirmed, with costs. Opinion by Hardin, P. J.

William A. Tyler, Respondent, v. Timothy Guy, Appellant.— Judgment affirmed, with costs. Opinion by Follett, J.

Charles H. De Kay, Respondent, v. Frederick Barker and others, Appellants.— Judgment of County Court of Chemung county affirming the judgment of the Justices' Court affirmed, with costs. Opinion by Hardin, P. J.

Henry Beidelman, by Guardian, Respondent, v. Timothy Liddy, Appellant.—Judgment affirmed, with costs. Opinion by Boardman, J.

Margaret Lynn, Administratrix, Respondent, v. The Rome, Watertown and Ogdensburg Railroad Company, Appellant.—Judgment and order reversed and new trial ordered, with costs to abide event. Opinion by Follett, J.

Seth O. Sabin, Appellant, v. Alfred Seeley, Respondent.— Judgment affirmed, with costs. Opinion by Hardin, P. J.

Nicholas Murray, Respondent, v. Theodore L. Minzer, Appellant. — Judgment and order affirmed, with costs. Opinion by Boardman, J.

Patrick H. Agan, Respondent, v. George W. Hey and another, Appellants.— Judgment and order of the Onondaga County Court reversed, and a new trial ordered in that court, with costs of appeal to abide the event. Opinion by Follett, J.

Leander Davis, Appellant, v. Levi G. Hasbrouck and others, Respondents.— Judgment affirmed, with costs. Opinion by Boardman, J.

Charles C. P. Clark, Respondent, v. Nelson Robinson and others, Appellants. — Judgment affirmed, with costs. Opinion by Boardman, J.

Rosa Tobin, Respondent, v. Benjamin Bodfish, Appellant. — Judgment of County Court of Onondaga county affirming a justice's judgment affirmed, with costs. Opinion by Hardin, P. J.

Evelyn M. S. Nutting, Appellant, v. Eugene A. Pettingill and others, Respondents. — Judgment affirmed, with costs. Opinion by Boardman, J.

Chauncey P. Cornish, Appellant, v. Robert M. Baker, Respondent. — Judgment of the County Court of Onondaga county affirming a justice's judgment affirmed, with costs. Opinion by Hardin, P. J.

John W. Burt, Respondent, v. E. D. Fulford, Appellant. — Judgment of the County Court of Chemung county affirming a justice's judgment affirmed, with costs. Opinion by Boardman, J.

Orrin Oviatt, Respondent, v. Henry Wallace, Appellant. — Judgment of the County Court of Jefferson county affirming a justice's judgment affirmed, with costs. Opinion by Follett, J.; Mem. by Hardin, P. J.

Harriet Higbie, Respondent, v. John H. Yost, Individually and as Executor, Appellant. — Judgment affirmed, with costs, and leave given to defendant to answer upon payment of costs of demurrer and costs of this appeal within twenty days. Opinion by Hardin, P. J.

George W. Love, Respondent, v. The Seneca Lake Steam Navigation Company (Limited), Appellant. —Judgment affirmed, with costs. Opinion by Boardman, J.